IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARY CHARLES ROBINSON, | No. C 12-5668 CW |
| Plaintiff, | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |
| v. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On November 5, 2012, Plaintiff Mary Charles Robinson initiated the instant case.

On April 18, 2013, the Court issued an order noting that Plaintiff had not yet properly served Defendant Michael Astrue, Commissioner of Social Security, and that, pursuant to Federal Rule of Civil Procedure 4(m), she was required to serve him within 120 days of November 5, 2012, or by March 5, 2013.  At that time, the Court extended the deadline for Plaintiff to serve Defendant properly until May 2, 2013 and required her to file proof of service upon Defendant or a motion to extend time for service by that date as well.  The Court warned Plaintiff that failure to do so would result in dismissal of her case for failure to prosecute.

As of the date of this Order, Plaintiff has not filed proof of service upon Defendant or a motion to extend time for service. Accordingly, the Court DISMISSES this case for failure to prosecute.

IT IS SO ORDERED.

Dated: 5/8/2013

CLAUDIA WILKEN
United States District Judge

2